United States District Court
Southern District of Texas
**ENTERED**
December 11, 2017
David J. Bradley, Clerk

U.S. Department of Justice
United States Attorney

United States District Court
Southern District of Texas
FILED

DEC 11 2017

David J. Bradley, Clerk

# United States District Court
# SOUTHERN District of Texas
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. M-17-1917 |
| GEORGE LOUIS MORENO | § § | |

## ORDER FOR ISSUANCE OF SUMMONS
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that a Criminal Information has been returned against the defendant(s) listed below, it is hereby

ORDERED that a summons issue for the appearance of said defendant(s) and bail is hereby fixed in the amount(s) shown below, such bail to be taken by any United States Magistrate.

| DEFENDANTS | AMOUNT OF BAIL |
|---|---|
| GEORGE LOUIS MORENO | $50,000.00 unsecured |

ENTERED at McAllen, Texas, this 11th day of December 2017.

_____
UNITED STATES MAGISTRATE JUDGE